[No. 11897–8–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
JOSEPH ZEISEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–8–00863–1, Terrence A. Carroll, J., entered
June 2, 1982. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Scholfield,
JJ.

[No. 9282–1–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
DEAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00095–3, George H. Revelle, J., entered
March 3, 1980. *Reversed* and *remanded* by unpublished
opinion per Ringold, J., concurred in by Andersen, C.J.,
and Callow, J.

[No. 12748–9–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN
CHARLES HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–8–04166–3, Jack Richey, J. Pro Tem.,
entered January 13, 1983. *Dismissed* by unpublished per
curiam opinion.